# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MICHAEL EUGENE HALE**                                     **PLAINTIFF**
**#279838**

**V.**                **NO. 3:24-cv-118-DPM-ERE**

**CRAIGHEAD COUNTY**
**DETENTION CENTER,** *et al.*                             **DEFENDANTS**

## ORDER

*Pro se* plaintiff Michael Eugene Hale has requested a status update for this lawsuit. *Doc. 11*. The motion is GRANTED.

On July 29, 2024, the Court: (1) granted Mr. Hale's motion for leave to proceed IFP; and (2) provided Mr. Hale 30 days to file an amended complaint clarifying his constitutional claims. *Doc. 10*.

So Ordered 5 August 2024.

_____
UNITED STATES MAGISTRATE JUDGE