# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL EUGENE HALE**                                        **PLAINTIFF**
**#279838**

V.                 NO. 3:24-cv-118-DPM-ERE

**CRAIGHEAD COUNTY**
**DETENTION CENTER,** *et al*.                               **DEFENDANTS**

## ORDER

On September 23, 2024, mail sent to *pro se* plaintiff Michael Eugene Hale from the Court was returned as undeliverable with the notation "not at facility." *Doc. 19*.

Mr. Hale has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 4*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Hale regarding this lawsuit.

IT IS THEREFORE ORDERED THAT:

1. If Mr. Hale wants to pursue this case, he must notify the Court of his current address within 30 days.

2. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

SO ORDERED 25 September 2024.

_____
UNITED STATES MAGISTRATE JUDGE