IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL EUGENE HALE
#27938                                                                                    PLAINTIFF

v.                          No. 3:24-cv-118-DPM

CRAIGHEAD COUNTY DETENTION
CENTER; MARTY BOYD, Sheriff,
Craighead County; KEITH BOWERS, Jail
Administrator, Craighead County;
HANNA GARDNER, Medical Director,
CCDC; MCDANIEL, Captain, Jonesboro
Police Department; DOE, Guard, CCDC,
Healthcare RN, CCDC, Police Office, JPD;
WILLIAM J. ROBERTS, Intake Officer,
Craighead County Detention Center;
PAUL GOFFMAN, Craighead County
Detention Center; JERRY FOSTER,
Officer in Charge, Craighead County
Detention Center; THOMAS WAGSTER,
Reporting Officer, Craighead County
Detention Center; COHN, Officer #1425,
Jonesboro Police Department; TURN &
KEY, Healthcare Provider, Craighead
County Detention Center; AMANDA
PIPPENGER, Nurse, Turn & Key Health,
Craighead County Detention Center;
HANNA CARDER, Medical Director,
Turn & Key Health, Craighead County
Detention Center; BAYLIE HILL, Nurse,
Turn & Key Health, Craighead County
Detention Center; EMILY TUMA, Nurse,

Turn & Key Health, Craighead County
Detention Center; SAMANTHA HINKLE,
Nurse, Turn & Key Health, Craighead
County Detention Center; JAMES
CARTER, Nurse, Turn & Key Health,
Craighead County Detention Center; and
CRAIGHEAD COUNTY SHERIFF'S
OFFICE                                                                                            DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Hale hasn't filed a free-world *in forma pauperis* application, and the time to do so has passed. *Doc. 24*. His amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 November 2024